**Form B1, p.1 (10/06)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| NORTHERN    **District of**    Illinois | |

| Name of Debtor(if individual, enter Last, First, Middle):<br>HINTON:   JAMANE D. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names):  Broome:    Jamane D.<br><br>Broome-Hinton:   Jamane | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):  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 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State):<br>24394 Patriot Lane<br>Crete, IL 60417<br><br>ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (*the Internal Revenue Code*).

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee**    (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

**Check all applicable boxes:**
- ☒ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1 Million $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**Form B1, p.2 (10/06)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | HINTON:  JAMANE D. |

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:<br>Northern District of Ilinois | Case Number<br>05 B 20019 | Date Filed:<br>05/18/05 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>*Carl B. Boyd*  _____  01/05/2007<br>Signature of Attorney for Debtor(s).    Date: |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of
imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:


Address of landlord:


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Form B1, p.3 (10/06)     **Blumberg** Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>HINTON:   JAMANE D. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X Jamane D. Hinton
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

                          01/05/2007
                                    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by §1515 of title 11 are attached.

☐   Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

01/05/2007
Date

### Signature of Attorney

X Carl B. Boyd
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
Carl B. Boyd # 6206607
Firm Name
Starks & Boyd, P.C..
Address
11528 S. Halsted
Chicago, IL 60628

Telephone Number
(773) 995-7900
Date 01/05/2007

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date 01/05/2007

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)

Address

X
Date 01/05/2007
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 201 (4/06)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____          _____

Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition preparer is not an individual, state the

Address:          Social Security Address: number of the officer, principal, responsible person, or by 11 U.S.C. §

_____          110.)

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

HINTON:   JAMANE D.

|  |  |
|---|---|
| _____ | X Jamane D. Hinton                    01/05/2007 |
| Printed Name(s) of Debtor(s) | Signature of Debtor                         Date |
|  | X _____    01/05/2007 |
| Case No (if known) _____ | Signature of Joint Debtor (if any)          Date |

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT    NORTHERN **DISTRICT OF** Illinois

In
re:   HINTON:   JAMANE D.                              Debtor(s)  Case No.           (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a)  for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                           $           2200.00
    (b)  prior to filing this statement, debtor(s) have paid                      $            526.00
    (c)  the unpaid balance due and payable is                                    $           1674.00

(3)  $ 274.00                          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:
    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:                         Respectfully submitted,                    Attorney for Petitioner
01/05/07                          Carl B. Boyd                      Carl B. Boyd # 6206607
Attorney's name and address
Starks & Boyd, P.C. 11528 S. Halsted, Chicago, IL 60628

Federal Bankruptcy Cover (10/06)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## Case No. _____

---

# United States Bankruptcy Court

NORTHERN **DISTRICT OF** Illinois

In Re  HINTON:  JAMANE D. _____ Debtor(s)

## Chapter  13 _____

Last four digits of Soc. Sec. No./ Complete EIN or other Tax   9659 _____
I.D. No.(If more than one, state all): _____

---

# Petition, Schedules and
# Statement of Financial Affairs

---

Carl B. Boyd # 6206607
Starks & Boyd, P.C..

Attorney(s) for Petitioner
Office & Post Office Address & Telephone Numbe
11528 S. Halsted
Chicago, IL 60628
(773) 995-7900

---

**REFERRED TO**

_____

_____

Clerk

_____
Date

Form B6 SUM  (10/06)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT NORTHERN    DISTRICT OF Illinois

In re: HINTON:    JAMANE D.    Debtor(s)  Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 110000.00 | | |
| B - Personal Property | x | 5 | 28140.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 120200.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 831.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 2,620.01 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I -  Current Income of Individual Debtor(s) | x | 1 | | | 6285.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 5765.00 |
| Total Number of Sheets of All Schedules | | 15 | | | |
| Total Assets | | | 138140.00 | | |
| Total Liabilities | | | | 123651.84 | |



Form B6, S2, (10/06)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
### District Of Illinois

In re: HINTON:   JAMANE D.
     NORTHERN

Debtor(s)

Case No.

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 831.83 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 831.83 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I Line 16) | $ | 6285.00 |
| Average Expences (from Schedule J, Line 18) | $ | 5765.00 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ | 8,323.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ | 0.00 |
| 2. Total fromSchedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 831.83 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 2,620.01 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 2,620.01 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

**Form B6 A  (10/06)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:HINTON:   JAMANE D.                                    Debtor(s) Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family investment property located at 11533 S. Bishop, Chicago, IL 60643 (01/2005).  Surrendering to mortgage company | Fee simple | | 110,000.00 | 95,000.00 |
| | | Total -> | $110,000.00 | (Report also on Summary of Schedules) |

Form B6 B  (10/06)
BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  HINTON:   JAMANE D.                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | | Cash | | 40.00 |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Checking account with Bank One, Park Forest, IL | | 0.00 |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | | Household furnishings | | 1,800.00 |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06  Wearing apparel. | | Clothing and shoes | | 3,000.00 |
| 07  Furs and jewelry. | | Wedding Band | | 300.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

5,140.00

**Form B6 B  (10/06)**
Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  HINTON:   JAMANE D.                                    Debtor(s)    Case No.                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life insurance policy with Allstate.  No cash out value | | 0.00 |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   | 5,140.00

_____ Continuation sheets attached

Form B6 B  (10/06)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  HINTON:   JAMANE D.                                   Debtor(s)     Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14  Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____  Continuation sheets attached

5,140.00

**Form B6 B  (10/06)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  HINTON:   JAMANE D.                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | | 2004 Ford Expedition | J | 23,000.00 |
| 24  Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25  Automobiles trucks trailers and other vehicles and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

28,140.00

**Form B6 B  (10/06)**   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  HINTON:   JAMANE D.                                    Debtor(s)    Case No.                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   28,140.00

_____ Continuation sheets attached

**Form B6 C (10/06)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:    JAMANE D.                                    Debtor(s)  Case No.                        (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under (Check one box).**

☐  11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note:  These exceptions are available only in certain states.

☒  11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 40.00 | 40.00 |
| Checking account with Bank One, Park Forest, IL | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 0.00 | 0.00 |
| Household furnishings | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 1,800.00 | 1,800.00 |
| Clothing and shoes | 735 ILCS 5/12-1001(a) Wearing Apparel, Bible, School Books and Family Pictures | 3,000.00 | 3,000.00 |
| Wedding Band | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 300.00 | 300.00 |
| Term Life insurance policy with Allstate.  No cash out value | 215 ILCS 5/238 Life or Endowment Policies and Annuities Contracts | 0.00 | 0.00 |
| 2004 Ford Expedition | 735 ILCS 5/12-1001(c) Motor Vehicle | 2,400.00 | 23,000.00 |

Form B6 D (10/06)    Brumberg & Debior, Inc., Publisher, NYC 10013

In re: HINTON: JAMANE D.                                    Debtor(s)  Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 0070142237 | | | VALUE $ | | | |
| America's Servicing Compan C/O Codilis and Associates 15W030 N Frontage Rd., Ste Burr Ridge, IL 60527 (630) 795-5300 | | | Assigned attorneys for America's Servicing Company.  Surrendering to finance company!!! | | | U |
| A/C # 0070142237 | | | VALUE $ 110,000.00 | 95,000.00 | 0.00 | |
| America's Servicing Compan P O Box 37297 Baltimore, MD 21297-3297 (800) 662-5014 | | | Single family investment property located at 11533 S. Bishop, Chicago, IL 60643. Surrendering to finance company. | | | U |
| A/C # 50237594924209001 | | | VALUE $ 23,000.00 | 25,200.00 | | |
| Wells Fargo Auto Finance P O Box 29704 Phoenix, AZ 85038-9704 (800) 559-3557 | | | Auto loan on 2004 Ford Expedition. PMSI | | | U |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

Subtotal -> (Total of this page)   120,200.00   0.00
Total ->   120,200.00   0.00

Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)  (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 E  (10/06)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:   JAMANE D.                          Debtor(s)  Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4925 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to a maximum of $2225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐  **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# 4378880 | | | | 831.83 | 831.83 | |
| Illinois Dept. of Employment GC Services Ltd. Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081 | | | Overpayment of unemployment (PMSI) | | 0.00 | U |
| | | | Total -> | | | |
| | | | | | Total -> | |
| | | | | | | |
| | | | | | | |

Continuation Sheets attached.

|  | | | Subtotal -> (Total of this page) | 831.83 | 831.83 |
|---|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.)  Total -> | | | | 831.83 | 0.00 |
| | | | | | 831.83 |
| (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total -> | | 0.00 |

**Form B6 F (10/06)**      Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:   JAMANE D.                          Debtor(s)      Case No.                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 06 014249188<br><br>Allstate Insurance Compan<br>C/O Credit Collection Ser<br>Two Wells Avenue, Dept. 9<br>Newton, MA 02459<br>(800) 326-6400 | | | Account in collection | U | 114.60 |
| 752732-276605<br><br>City of Chicago<br>The Dept. of Water Manage<br>P O Box 6330<br>Chicago, IL 60680-6330<br>(312) 744-4426 | | | Water bill for 11533 S. Bishop Street, Chicago, IL | U | 254.57 |
| 8203195044<br><br>Comed<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(800) 334-7661 | | | Light bill for 11533 S. Bishop Street | U | 316.40 |
| PERKINOA000<br><br>Crete-Monee Intermediate<br>1124 W. New Monee Road<br>Crete, IL 60417 | | | Services provided | U | 240.00 |
| MAR-6052517<br><br>Marine Anesthesia<br>P O Box 486<br>Lake Forest, IL 60045<br>(847) 457-3800 | | | Medical bill | U | 140.80 |
| 2 5000 4049 4703<br><br>Peoples Energy<br>Attn: Bankruptcy Departm<br>Chicago, IL 60687-0001<br>(866) 556-6001 | | | Gas bill for 11533 S. Bishop Street, Chicago, IL 60643 | U | 1,092.14 |

__X__  continuation sheets attached.

Subtotal  $ 2,158.51

Total     $ 2,158.51

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (10/06)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:   JAMANE D.                                    **Debtor(s)**      **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 2 5000 4049 4703 <br><br> Peoples Gas <br> C/O Harris & Harris, Ltd. <br> 600 W. Jackson Blvd, Suit <br> Chicago, IL 60661 <br> (312) 251-2300 | | | Account in collection. Notice only. | U | 0.00 |
| 22340632 <br><br> Protection One <br> P O Box 49292 <br> Wichita, KS 67201 <br> (800) 438-4357 | | | Services provided | U | 252.60 |
| 31972243 <br><br> Protection One <br> P O Box 79016 <br> Phoenix, AZ 85062-9016 <br> (800) 438-4357 | | | Services provided | U | 208.90 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

|  |  | Subtotal | $ | 461.50 |
|---|---|---|---|---|
|  |  | Total | $ | 2,620.01 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 G (10/06)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:  JAMANE D.                                      Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6 H  (10/06)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   HINTON:  JAMANE D.                                     Debtor(s)  Case No.              (if known)

# SCHEDULE H - CODEBTORS

[x]  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6 I  (10/06)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:   JAMANE D.                                    Debtor(s)  Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Married | RELATIONSHIP<br>Son<br>Son<br>daughter (7 months) | AGE<br>2<br>11<br>7m |

| **Employment** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  Sales Manager<br>Name of Employer  Allstate | | Coordinator<br>Solo Cup |
| How long employed  3 years | | 4 years |
| Address of Employer<br>840 Frontage Road<br>Woodridge, IL 60517 | | 701 Central Avenue<br>University Park, IL |

INCOME:  (Estimate of average monthly income at time case filed)                        DEBTOR             SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | 5133.00 | 3190.00 |
| 2. Estimate monthly overtime | 0.00 | 0.00 |
| 3. SUBTOTAL | 5133.00 | 3190.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 1101.00 | 356.00 |
| b. Insurance | 0.00 | 581.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $  1101.00 | $  937.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  4032.00 | $ 2253.00 |
| 7. Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 0.00 | 0.00 |
| 8. Income from real property | 0.00 | 0.00 |
| 9. Interest and dividends | 0.00 | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's | | 0.00 |
| use or that of dependents listed above. | 0.00 | 0.00 |
| 11. Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| 12. Pension or retirement income | 0.00 | |
| 13. Other monthly income (Specify) | | |
| | | 0.00 |
| | | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | 0.00 | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $  4032.00 | $  2253.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME  (Combine column totals<br>from line 15; if there is only one debtor repeat total reported on line 15) | $  6285.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Form B6 J  (10/06)**      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  HINTON:  JAMANE D.                          Debtor(s)  Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment  (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? ☐ Yes ☒ No | b. Is property insurance included? ☐ Yes ☒ No | |
| 2. Utilities  Electricity and Heating Fuel | | 350.00 |
| b. Water and Sewer | | 60.00 |
| c. Telephone | | 80.00 |
| d. Other | | |
| hairdresser | | 80.00 |
| personal hygiene products | | 150.00 |
| cable | | 80.00 |
| 3. Home maintenance (repairs and upkeep) | | 26.00 |
| 4. Food | | 400.00 |
| 5. Clothing | | 200.00 |
| 6. Laundry and dry cleaning | | 80.00 |
| 7. Medical and dental expenses | | 50.00 |
| 8. Transportation (not including car payments) | | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | |
| 10. Charitable contributions | | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | |
| b. Life | | 38.00 |
| c. Health | | 0.00 |
| d. Auto | | 125.00 |
| e. Other | | |
| car upkeep for debtor and husband | | 80.00 |
| mortgage paid by husband and debto | | 2946.00 |
| | | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | |
| | | 0.00 |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | 0.00 |
| b. Other | | |
| c. Other | | |
| clothing for husband | | 80.00 |
| cell phone for husband | | 40.00 |
| cell phone for wife | | 60.00 |
| barber for husband and sons | | 80.00 |
| 14. Alimony, maintenance, and support paid to others | | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| 17. Other    gas for husbands car | | 160.00 |
| day care for daughter | | 400.00 |

| | | |
|---|---|---:|
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5765.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20.  STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from line 15 of Schedule I | 6285.00 |
| b. Average monthly expenses from Line 18 above | 5765.00 |
| c. Monthly net income (a. minus b.) | 520.00 |

Form B6 Cont. (10-06)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   HINTON:   JAMANE D.

                                                    Debtor(s)  Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.            (Total shown on summary page plus 2.)

Date __01/05/07__                        Signature __Jamane D. Hinton_____
                                                  HINTON:   JAMANE D.            Debtor

Date_____                    Signature_____
                                                                        (Joint Debtor, if any)

                                         *(If joint case, both spouses must sign.)*

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by
                                                                             11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*

Address:

X_____          _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in**
**fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
16 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____            Signature _____

                                               (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

 Form 7 Stmt of Financial Affairs (10/06)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF Illinois

In re:  HINTON:   JAMANE D.

Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE

|   |   |
|---|---|

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES | | | |
|---|---|---|---|---|
| 58111.84 | 2006 income | 07/26/02 | $300.00 | PENDING |
| 22870.00 | 2005 income | 07/26/02 | $300.00 | PENDING |
| 2365.38 | Year to date income | 07/26/02 | $300.00 | PENDING |



NONE
| X |

02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE ☐

04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| U.S. Bank National Association as Trustee for the Structured Asset Inv. Loan Trust# 2005-7 v. Jamane D. Hinton Case# 06 CH 18492 | Mortgage Foreclosure Summons, Complaint To Foreclosure Mortgage | In the Circuit Court of Cook County, Illinois County Department - Chancery Division | Pending |

NONE ☒

04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE ☒

05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE ☒

06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



NONE
X

06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY | |
|---|---|---|---|
| Carl B. Boyd<br>11528 S. Halsted<br>Chicago, IL 60628 | 01/05/07 | $526.00 | PENDING |

NONE
| |   10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

01/31/2006          Dennis W. Willis            8155 S.
                    8155 S. Manistee Avenue     Manistee
                    Chicago, IL 60617           Chicago, IL
                    No relationship             60617
                                                $6,600.84

NONE
|X|   10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|X|   11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 NONE
X

13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
X

14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
X

15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.

NONE
X

16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE
X

17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

---

 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

 18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

Unsworn Declaration SFA    (10/06)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: HINTON:  JAMANE D.

Debtor(s)  Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 01/05/07                    Signature Jamane D. Hinton

                                          HINTON:  JAMANE D.

Date                              Signature_____

                                  (if joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number
                                                             (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____            _____
 Signature of Bankruptcy Petition Preparer                Date
 *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the                              (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the                    (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of              sheets, and that they are true and correct to the best of my knowledge, information, and belief.
    Continuation sheets attached

Date 01/05/2007                    Signature_____

                                  (Print or type name of individual signing on behalf of debtor.)

    (An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and
3571.

3093W - Designation of Agent          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** Illinois

In re: HINTON:  JAMANE D.                                    Case No.
                                          Debtor(s)
                                                 Chapter  13

# DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if

applicable), and telephone number are set forth below, as our agent to receive service of process

and service of all pleadings in all proceedings, including adversary actions and contested matters,

pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation

shall expire the 60th day after the latest of the following dates which may be applicable in this

case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to

discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an

order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated:  01/05/07

Debtor  Jamane D. Hinton
        HINTON:  JAMANE D.

Debtor

Attorney Carl B. Boyd
         Carl B. Boyd                         6206607

3092 - Verification of Creditor Matrix. 12/95 **Blumberg**Excelsior. Inc.. Publisher. NYC 10013

# UNITED STATES BANKRUPTCY COURT

## NORTHERN **DISTRICT OF** Illinois

**In re:** HINTON:   JAMANE D.

                                          Case No.

                        Debtor(s)

                                    Chapter   13

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated:  01/05/07

Debtor  Jamane D. Hinton

       HINTON:   JAMANE D.

Debtor

Form B4W (10/05)        **Blumberg** Excelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT**               NORTHE **DISTRICT OF**      Illinois

HINTON:    JAMANE D.                             Debtor(s)   Case No.

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>NAME OF CREDITOR AND COMPLETE<br>MAILING ADDRESS INCLUDING<br>ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE<br>MAILING ADDRESS, INCLUDING ZIP CODE OF<br>EMPLOYEE, AGENT, OR DEPARTMENT OF<br>CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank<br>loan, government<br>contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also<br>state value of security) |
|---|---|---|---|---|
| Peoples Energy<br>Attn:  Bankruptcy Department<br>Chicago, IL 60687-0001<br>(866) 556-6001 | | | U | 1,092.14 |
| Illinois Dept. of Employment<br>GC Services Ltd. Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 | | | U | 831.83 |
| Comed<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(800) 334-7661 | | | U | 316.40 |
| City of Chicago<br>The Dept. of Water Managemen<br>P O Box 6330<br>Chicago, IL 60680-6330<br>(312) 744-4426 | | | U | 254.57 |
| Protection One<br>P O Box 49292<br>Wichita, KS 67201<br>(800) 438-4357 | | | U | 252.60 |
| Crete-Monee Intermediate Cen<br>1124 W. New Monee Road<br>Crete, IL 60417 | | | U | 240.00 |
| Protection One<br>P O Box 79016<br>Phoenix, AZ 85062-9016<br>(800) 438-4357 | | | U | 208.90 |
| Marine Anesthesia<br>P O Box 486<br>Lake Forest, IL 60045<br>(847) 457-3800 | | | U | 140.80 |
| Allstate Insurance Company<br>C/O Credit Collection Servic<br>Two Wells Avenue, Dept. 9135<br>Newton, MA 02459<br>(800) 326-6400 | | | U | 114.60 |
| Peoples Gas<br>C/O Harris & Harris, Ltd.<br>600 W. Jackson Blvd, Suite 40<br>Chicago, IL 60661<br>(312) 251-2300 | | | U | 0.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.        * Value of secured portion of claim

Blumberg Excelsior Partner, NYC 10013

3087  **Equity security holders list,
chapter 11, 12-95, W**

**UNITED STATES BANKRUPTCY COURT** NORTHERN          **DISTRICT OF** Illinois

In re: HINTON:  JAMANE D.                    Debtor(s)  Case No.                    (if known)

**LIST OF EQUITY SECURITY HOLDERS**

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OF PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| America's Servicing Company<br>P O Box 37297<br>Baltimore, MD 21297-3297 | Secured Claim | A/C#00701 42237 | SFR @11533 S. Bishop, Chicago, IL 60643 (01/2005) |
| Wells Fargo Auto Loan<br>P O Box 60510<br>Los Angeles, CA 90060-0510 | Secured Claim | A/C# 7747560 | 2004 Ford Expedition |