```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00177
    JAMANE D HINTON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9659
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/05/07 and confirmed on 03/21/07.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $ 10450.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 21370.32 | 2428.26 | 5279.74 |
| GC SERVICES | PRIORITY | NOT FILED | .00 | .00 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | 392.15 | .00 | 62.41 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CRETE MONEE HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| MARINE ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1092.14 | .00 | 196.25 |
| PROTECTION ONE ALARM | UNSECURED | 252.60 | .00 | 40.20 |
| PROTECTION ONE ALARM | UNSECURED | 358.65 | .00 | 57.07 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EWANA S MIMS | UNSECURED | 1210.00 | .00 | 217.42 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21370.32 | .00 | 3305.54 | .00 | 24675.86 |
| PRINCIPAL PAID | 5279.74 | .00 | 573.35 | .00 | 5853.09 |
| INTEREST PAID | 2428.26 | .00 | .00 | .00 | 2428.26 |
| TOTAL PAID | 7708.00 | .00 | 573.35 | .00 | 8281.35 |

The Debtor's attorney, STARKS & BOYD                   , was allowed $   2200.00
and was paid $    526.00   direct and $   1674.00  through the plan.

The Trustee received $    494.65 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                            /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 00177 JAMANE D HINTON